UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEANAH ALEXANDER, | ) | CASE NO.  5:16-cv-71 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| UNIVERSITY OF AKRON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This case, having been settled by agreement of the parties (subject to approval by the defendant's board of trustees), is hereby dismissed. Any and all releases, agreements or entries necessary to comply with the settlement shall be executed by the parties. A Final Agreed Dismissal Entry, approved by counsel for all parties, shall be filed with the Court on or before October 28, 2016, and shall supersede this order. The Court retains jurisdiction over the settlement agreement in this matter.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case is closed.

**IT IS SO ORDERED**.


Dated: September 19, 2016

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**